*Joseph T. Arenson* for motion.

*Jay Leo Rothschild* and *Louis Rivkin* opposed.

Motion denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS BUCHALTER, EMANUEL WEISS and LOUIS CAPONE, Appellants.

Submitted June 14, 1943; decided June 18, 1943.

Motion for reargument denied.   (See 289 N. Y. 181.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS BUCHALTER, EMANUEL WEISS and LOUIS CAPONE, Appellants.

Argued March 2, 1943; decided June 18, 1943.